United States District Court
Southern District of Texas
**ENTERED**
June 16, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff, § § VS. § § 1.176 ACRES OF LAND, more or less, § in STARR COUNTY, TEXAS; STEPHEN M. § GUILLEN; et al., § § Defendants. § § | CIVIL ACTION NO. 7:21-cv-00002 |

# **ORDER**

The Court now considers the parties' "Joint Discovery/Case Management Plan Under FRCP 26(f)."[1] Therein, the parties request a discovery and briefing schedule to resolve the issue of title.[2]

In light of this, the Court sets the following schedule for title-related discovery. The initial pretrial and scheduling conference previously scheduled for June 22, 2021,[3] is **CANCELLED**. This case-specific scheduling order controls disposition of this action pending further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline for all parties to designate expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | July 14, 2021 |
| Discovery deadline. | July 21, 2021 |

---

[1] Dkt. No. 44.
[2] *Id.* at 3, ¶ 10.
[3] Dkt. No. 4 at 1, ¶ 1.

| | |
|---|---|
| Deadline to file briefs and submit evidence (or anticipated evidence if an evidentiary hearing is requested) on the issue of just compensation.<br><br>N.B.: In their briefs, the parties should notify the Court whether they (1) consent to the Court deciding the issue of ownership upon briefs and evidence submitted therewith or (2) request an evidentiary hearing on the issue of ownership. | August 14, 2021 |

This scheduling order supersedes any earlier scheduling order, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[4]

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 16th day of June 2021.

                                                    Micaela Alvarez
                                           United States District Judge

---

[4] *See* FED. R. CIV. P. 16(b)(4).