United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 7:21-cv-00002 |
| 1.176 ACRES OF LAND, more or less, | § | |
| In STARR COUNTY, TEXAS; et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court now considers Plaintiff United States' "Declaration of Taking."[1] Therein, Loren Flossman of U.S. Customs and Border Protection declares that he has caused the estimated amount of just compensation for the taking contemplated in this eminent domain case to deposited in the registry of the Court.[2] However, to date, no such deposit has been made. The Court has admonished the United States under similar circumstances for filing a false declaration and for its lack of diligence in prosecuting eminent domain cases before this Court.[3] The Court therefore **ORDERS** the United States to deposit proper just compensation in the registry of the Court no later than **July 15, 2021**. Failure to make such deposit will result in dismissal of this case.[4]

IT IS SO ORDERED.

DONE at McAllen, Texas, this 1st day of July 2021.

---

[1] Dkt. No. 2.
[2] *Id.* at 2, ¶ 6.
[3] *United States v. 0.062 Acres of Land, more or less, in Starr Cnty.*, No. 7:20-cv-400, Dkt. No. 31 (S.D. Tex. June 17, 2021) (Alvarez, J.).
[4] *See Ramsay v. Bailey*, 531 F.2d 706, 707–08 (5th Cir. 1976) (holding that involuntary dismissal under Federal Rule of Civil Procedure 41(b) may be used by the Court to dismiss an action for want of prosecution).

Micaela Alvarez
United States District Judge